No. 4710.—PUEBLO, apldo., v. RODRÍGUEZ, apltc.—C. D. Humacao. Julio 29, 1932.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso criminal número 4579, *El Pueblo* v. *Eloy Bosch, no ha lugar* a la reconsideración solicitada.